# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

October 07, 2015

Mr. Michael L. McConnell
U.S. District Court, Middle District of Louisiana
777 Florida Street
Room 139
Baton Rouge, LA 70801

      No. 14-30410 Felder's Collision Parts, Inc. v. General
           USDC No. 3:12-CV-646

Dear Mr. McConnell,

Enclosed is a copy of the Supreme Court order denying certiorari.

        Sincerely,

        LYLE W. CAYCE, Clerk

        *Charlene A. Vogelaar*

        By: _____
        Charlene A. Vogelaar, Deputy Clerk
        504-310-7648

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

October 5, 2015

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA  70130

> Re:  Felder's Collision Parts, Inc.
>       v. All Star Advertising Agency, Inc., et al.
>       No. 14-1299
>       (Your No. 14-30410)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

**Scott S. Harris**, Clerk